STATE OF NEW JERSEY v. MARC YOSKOWITZ.

July 8, 1988.

Cross-petition for certification denied.   (See 224 *N.J.Super.* 375)

EDWIN BOYLAN v. STATE OF NEW JERSEY AND
CITY OF JERSEY CITY.

July 8, 1988.

Petition for certification granted.   See 222 *N.J.Super.* 313)

MARCY G. DECKER v. THE PRINCETON PACKET, INC.

July 8, 1988.

Petition for certification granted.   (See 224 *N.J.Super.* 726)

ALLGRAIN INTERNATIONAL EXPORT CORPORATION v. HACK-
ENSACK MEADOWLANDS DEVELOPMENT COMMISSION.

July 8, 1988.

Petition for certification denied.